**Electronically Filed
Supreme Court
SCWC-21-0000007
16-JAN-2025
12:47 PM
Dkt. 3 ODSAC**

SCWC-21-0000007

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHEYENNE BELFORD,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000007; CASE. NO. 1CC171001287)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

On January 15, 2025, the Intermediate Court of Appeals filed its judgment on appeal in CAAP-21-0000007. Yet despite Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40.1(a)'s clear directive, Petitioner/Plaintiff-Appellant filed an application for writ of certiorari on January 13, 2025.

It is hereby ordered that Petitioner/Plaintiff-Appellant's application for writ of certiorari, filed January 13, 2025, is dismissed without prejudice to re-filing the application

pursuant to HRAP Rule 40.1(a) (2020) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, January 16, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

